# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| EUGENIA CARAZO-TEW AND DAVID TEW<br><br>Plaintiffs,<br><br>v.<br><br>CARRINGTON MORTGAGE SERVICES, LLC., A DELAWARE LIMITED LIABILITY COMPANY; all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title, or any cloud on Plaintiff's title; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; FLAGSTAR BANK; NPA ASSOCIATES, LLC; DOES 4 through 100;<br><br>Defendants. | Case No.: 2:22-cv-07403-SPG-MAA<br><br>**ORDER APPROVING STIPULATION TO DISMISS ACTION (ECF NO. 23)**<br><br>[No Hearing Required] |

Having considered the *Stipulation to Dismiss Action* (the "Stipulation") entered into by and between *plaintiffs* Eugenia Carazo-Tew and David Tew (collectively, the "Plaintiffs") and *defendant* NPA Associates, LLC ("NPA," and together with Plaintiffs, the "Parties"), and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that Plaintiffs' action is hereby dismissed *with prejudice*.

1  **IT IS FURTHER ORDERED** that the Parties shall bear their own fees and
2  costs, including all attorneys' fees, incurred in connection with this action.
3
4  **IT IS SO ORDERED**.
5
6  Dated: August 22, 2023



HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE